Nos. 20-56172 & 20-56304

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

THE GEO GROUP, INC.,
*Plaintiff-Appellant*,

UNITED STATES OF AMERICA,
*Plaintiff-Appellant*,

v.

GAVIN NEWSOM, in his official capacity as
Governor of the State of California,
XAVIER BECERRA, in his official capacity as
Attorney General of the State of California,
and
STATE OF CALIFORNIA,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Southern District of California
Civ. Case Nos. 3:19-cv-02491 & 3:20-cv-00154 (Honorable Janis L. Sammartino)

**JOINT REQUEST ON BEHALF OF *AMICI* NATIONAL IMMIGRANT JUSTICE CENTER, THE AMERICAN CIVIL LIBERTIES UNION (ACLU), THE ACLU OF SOUTHERN CALIFORNIA, THE ACLU OF SAN DIEGO AND IMPERIAL COUNTIES, AND THE ACLU OF NORTHERN CALIFORNIA, AND *AMICI* CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE, THE CENTER FOR GENDER AND REFUGEE STUDIES, IMMIGRANT DEFENSE ADVOCATES, AND IMMIGRANT LEGAL DEFENSE, TO PRESENT ORAL ARGUMENT AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLEES**

**\*RULING REQUESTED BY JUNE 1, 2021\***

*Counsel listed on following page*

Mark Fleming
NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
Telephone: (312) 660-1628
Facsimile: (312) 660-1505

Mary Van Houten Harper
NATIONAL IMMIGRANT JUSTICE CENTER
1099 New York Ave. N.W.
Washington, DC 20001
Telephone: (312) 660-1370
Facsimile: (312) 660-1505

Vasudha Talla
Sean Riordan
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Facsimile: (415) 255-8437

Jordan Wells
Michael Kaufman
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Eunice Hyunhye Cho*
AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT
915 15th St. N.W.
Washington, DC 20005
Telephone: (202) 548-6616
Facsimile: (202) 393-4931

Bardis Vakili
Monika Y. Langarica
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 232-2121
Facsimile: (619) 232-0036

* Not admitted in DC; practice limited
to federal courts

Attorneys for *Amici Curiae*

# JOINT REQUEST TO PRESENT ORAL ARGUMENT AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLEES

Pursuant to Federal Rule of Appellate Procedure ("F.R.A.P.") 29(a)(8), two groups of *amici curiae*—the first comprising the National Immigrant Justice Center (NIJC), the American Civil Liberties Union (ACLU), the ACLU of Southern California, the ACLU of San Diego and Imperial Counties, and the ACLU of Northern California (hereinafter "*Amici* ACLU/NIJC"), and the second comprising the California Collaborative for Immigrant Justice, the Center for Gender and Refugee Studies, Immigrant Defense Advocates, and Immigrant Legal Defense (hereinafter "*Amici* CCIJ et al.")—respectfully request this Court's permission to present oral argument on the issues raised by *Amici* in this appeal. *Amici* propose that they present a total of ten minutes of oral argument supporting Defendants-Appellees and affirmance of the ruling below, and that Plaintiffs-Appellants be granted an additional ten minutes to respond.

Defendants-Appellees consent to this motion. Plaintiff-Appellants the United States and GEO Group each take no position on this motion.

There is good cause for this request. In this appeal, Plaintiffs-Appellants argue that AB 32 should be preliminarily enjoined as applied to ICE detention centers run by private prison companies. *Amici* present two bases on which this Court can and should affirm the District Court's denial of a preliminary injunction

1

without delving into the complex federal supremacy arguments presented by Plaintiffs-Appellants.

As set forth in their brief (Case No. 20-56172, ECF No. 35), *Amici* ACLU/NIJC argue that no federal statute authorizes ICE to contract out detention responsibilities to a private entity. Accordingly, AB 32 does not conflict with federal immigration law or directly regulate or discriminate against lawful activities of the federal government.

*Amici* CCIJ et al. present an additional basis for affirmance on non-constitutional grounds. As set forth in their brief (Case No. 20-56172, ECF No. 30-1), *Amici* CCIJ et al. explain that preliminary injunctive relief is not in the public interest in light of Appellant GEO's unclean hands and evidence before the District Court showing that the contracts Appellant seeks to protect were entered into under the guise of "full and open competition" when in practical fact they were unlawful sole source contracts. *Amici* CCIJ et al. present these arguments on behalf of a coalition of advocates and concerned citizens who seek transparency and justice with respect to the contracts at issue.

Counsel for *Amici* have conferred and agreed to split the proposed ten minutes of oral argument time as follows: six minutes for *Amici* ACLU/NIJC and four minutes for *Amici* CCIJ et al. Counsel for *Amici* would elaborate on the

arguments presented in their respective briefs and respond to related arguments Plaintiffs-Appellants later raised in their reply briefs.

This case raises complex issues of significant concern to *Amici* and their immigrant clients. *Amici* respectfully submit that the Court's analysis in this case would benefit from additional, focused argument on the issues described above.

**CONCLUSION**

For the foregoing reasons, *Amici Curiae* respectfully request that this Court allow their counsel to present oral argument on June 7, 2021 in support of Defendants-Appellees and affirmance. *Amici* request that they be permitted a total of ten minutes to argue (six minutes for *Amici* ACLU/NIJC and four for *Amici* CCIJ et al.), and accordingly, that Plaintiffs-Appellants be granted a combined additional ten minutes to respond.

Dated:  May 24, 2021

Respectfully submitted,

*/s/ Jordan Wells*
Jordan Wells
Counsel for *Amici Curiae* the National
Immigrant Justice Center, the American
Civil Liberties Union (ACLU), the ACLU of
Southern California, the ACLU of San
Diego and Imperial Counties, and the ACLU
of Northern California

*/s/ Jaclyn Gonzalez*
Jaclyn Gonzalez
Counsel for *Amici Curiae* California
Collaborative for Immigrant Justice, Center

for Gender and Refugee Studies, Immigrant
Defense Advocates, and Immigrant Legal
Defense