Nos. 20-56172 & 20-56304

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

THE GEO GROUP, INC.,
*Plaintiff-Appellant*,

UNITED STATES OF AMERICA,
*Plaintiff-Appellant*,

v.

GAVIN NEWSOM, in his official capacity as
Governor of the State of California,
XAVIER BECERRA, in his official capacity as
Attorney General of the State of California,
and
STATE OF CALIFORNIA,
*Defendants-Appellees.*

On Appeal from the United States District Court
for the Southern District of California
Civ. Case Nos. 3:19-cv-02491 & 3:20-cv-00154 (Honorable Janis L. Sammartino)

**JOINT REQUEST ON BEHALF OF *AMICI* NATIONAL IMMIGRANT JUSTICE CENTER, THE AMERICAN CIVIL LIBERTIES UNION (ACLU), THE ACLU OF SOUTHERN CALIFORNIA, THE ACLU OF SAN DIEGO AND IMPERIAL COUNTIES, AND THE ACLU OF NORTHERN CALIFORNIA, AND *AMICI* CALIFORNIA COLLABORATIVE FOR IMMIGRANT JUSTICE, THE CENTER FOR GENDER AND REFUGEE STUDIES, IMMIGRANT DEFENSE ADVOCATES, AND IMMIGRANT LEGAL DEFENSE, TO PRESENT ORAL ARGUMENT AS *AMICI CURIAE* IN SUPPORT OF DEFENDANTS-APPELLEES**

*Counsel listed on following pages*

Mark Fleming
NATIONAL IMMIGRANT JUSTICE CENTER
224 S. Michigan Ave., Suite 600
Chicago, IL 60604
Telephone: (312) 660-1628
Facsimile: (312) 660-1505

Vasudha Talla
Sean Riordan
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: (415) 621-2493
Facsimile: (415) 255-8437

Bardis Vakili
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SAN DIEGO &
IMPERIAL COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 232-2121
Facsimile: (619) 232-0036

Michael Kaufman
Mayra Joachin
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017
Telephone: (213) 977-9500
Facsimile: (213) 977-5297

Eunice Hyunhye Cho*
AMERICAN CIVIL LIBERTIES UNION
NATIONAL PRISON PROJECT
915 15th St. N.W.
Washington, DC 20005
Telephone: (202) 548-6616
Facsimile: (202) 393-4931

* Not admitted in DC; practice limited
to federal courts

Attorneys for *Amici Curiae* National Immigration Justice Center, ACLU, ACLU of Northern California, ACLU of San Diego & Imperial Counties ACLU of Southern California

Sayoni Maitra
CENTER FOR GENDER & REFUGEE
STUDIES
UC Hastings College of the Law
200 McAllister Street
San Francisco, California 94102
P: (415) 565-4877
F: (415) 581-8824

Lisa Knox
CALIFORNIA COLLABORATIVE
FOR
IMMIGRANT JUSTICE
530 Divisadero Street #808
San Francisco, CA 94117
P: (415) 985-6041

Jaclyn Gonzalez
Hamid Yazdan Panah
IMMIGRANT DEFENSE
ADVOCATES
P.O. Box. 21826
El Sobrante, CA 94803
P: (510) 847-6247

Alison Pennington
Claudia Valenzuela
IMMIGRANT LEGAL DEFENSE
1322 Webster Street, Suite 300
Oakland, CA 94612
P: (510) 467-0655

Attorneys for *Amici Curiae* California Collaborative for Immigrant Justice, the Center for Gender and Refugee Studies ("CGRS"), Immigrant Defense Advocates, and Immigrant Legal Defense

**JOINT REQUEST TO PRESENT ORAL ARGUMENT AS *AMICI CURIAE*
IN SUPPORT OF DEFENDANTS-APPELLEES**

Pursuant to Federal Rule of Appellate Procedure ("F.R.A.P.") 29(a)(8), two groups of *amici curiae*—the first comprising the National Immigrant Justice Center (NIJC), the American Civil Liberties Union (ACLU), the ACLU of Southern California, the ACLU of San Diego and Imperial Counties, and the ACLU of Northern California (hereinafter "*amici* ACLU/NIJC"), and the second comprising the California Collaborative for Immigrant Justice, the Center for Gender and Refugee Studies, Immigrant Defense Advocates, and Immigrant Legal Defense (hereinafter "*amici* CCIJ et al.")—respectfully request this Court's permission to present oral argument at the en banc hearing on the issues raised by *amici* in this appeal. The Court granted *amici* ACLU/NIJC permission to present oral argument before the panel that initially heard this appeal. *See* ECF No. 68.

*Amici* propose that *amici* ACLU/NIJC present ten minutes of oral argument and *amici* CCIJ et al. present five minutes of oral argument. The state appellees consent to *amici*'s request to enlarge the total argument time, to provide *amici* 15 minutes of time to present argument in addition to the 30 minutes already allotted to the state appellees. Appellant United States takes no position on this motion. Appellant GEO Group takes no position, except to the extent the Court grants *amici* time, Appellant requests additional matching time.

There is good cause for this request. In this appeal, Plaintiffs-Appellants argue that A.B. 32 should be preliminarily enjoined as applied to ICE detention centers run by private prison companies. *Amici* present two bases on which this Court can and should affirm the District Court's denial of a preliminary injunction without delving into the complex federal supremacy arguments presented by Plaintiffs-Appellants.

As set forth in their brief, (ECF No. 35), *amici* ACLU/NIJC argue that no federal statute authorizes ICE to contract out detention responsibilities to a private entity. Accordingly, A.B. 32 does not conflict with federal immigration law or directly regulate or discriminate against lawful activities of the federal government. The majority and dissenting panel opinions engaged extensively with the arguments *amici* ACLU/NIJC present. *See GEO Grp., Inc. v. Newsom*, 15 F.4th 919, 930–935 (9th Cir. 2021), *reh'g en banc granted, opinion vacated*, 31 F.4th 1109 (9th Cir. 2022); *id*. at 945–47 (Murgia, C.J., dissenting).

*Amici* CCIJ et al. present an additional basis for affirmance on non-constitutional grounds. As set forth in their brief, (ECF No. 30-1), *amici* CCIJ et al. explain that preliminary injunctive relief is not in the public interest in light of Appellant GEO Group's unclean hands and evidence before the District Court showing that the contracts Appellant seeks to protect were entered into under the guise of "full and open competition" when in practical fact they were unlawful sole

2

source contracts. *Amici* CCIJ et al. present these arguments on behalf of a coalition of advocates and concerned citizens who seek transparency and justice with respect to the contracts at issue.

If granted leave to present oral argument, counsel for *amici* would elaborate on the arguments presented in their respective briefs, respond to related arguments Plaintiffs-Appellants later raised in their reply briefs, and address the panel majority and dissenting opinions' engagement with their arguments.

This case raises complex issues of significant concern to *amici* and their immigrant clients. *Amici* respectfully submit that the Court's analysis in this case would benefit from additional, focused argument on the issues described above.

**CONCLUSION**

For the foregoing reasons, *amici curiae* respectfully request that this Court allow their counsel to present oral argument at the en banc hearing in support of Defendants-Appellees and affirmance. *Amici* request that the Court grant ten minutes for *amici* ACLU/NIJC and five minutes for *amici* CCIJ et al.

Dated:  May 10, 2022                    Respectfully submitted,

                                        */s/ Michael Kaufman*
                                        Michael Kaufman
                                        Counsel for *Amici Curiae* the National
                                        Immigrant Justice Center, the American
                                        Civil Liberties Union (ACLU), the ACLU of
                                        Southern California, the ACLU of San

Diego and Imperial Counties, and the ACLU of Northern California

*/s/ Jaclyn Gonzalez*
Jaclyn Gonzalez
Counsel for *Amici Curiae* California Collaborative for Immigrant Justice, Center for Gender and Refugee Studies, Immigrant Defense Advocates, and Immigrant Legal Defense