FILED

MAY 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

THE GEO GROUP, INC.,

        Plaintiff-Appellant,

 and

UNITED STATES OF AMERICA,

        Plaintiff,

  v.

GAVIN NEWSOM, in his official capacity
as Governor of the State of California; ROB
BONTA, in his official capacity as Attorney
General of the State of California,

        Defendants-Appellees,

 and

STATE OF CALIFORNIA,

        Defendant.

No.    20-56172

D.C. Nos.
3:19-cv-02491-JLS-WVG
3:20-cv-00154-JLS-WVG
Southern District of California,
San Diego

ORDER

UNITED STATES OF AMERICA,

        Plaintiff-Appellant,

 and

THE GEO GROUP, INC.,

        Plaintiff,

  v.

No.    20-56304

D.C. Nos.
3:19-cv-02491-JLS-WVG
3:20-cv-00154-JLS-WVG

GAVIN NEWSOM, in his official capacity as Governor of the State of California; ROB BONTA, in his official capacity as Attorney General of the State of California; STATE OF CALIFORNIA,

Defendants-Appellees.

The joint request to allocate oral argument time is GRANTED IN PART AND DENIED IN PART (Doc. 107). Oral argument time shall be allocated as follows:

The first group of amici, the National Immigrant Justice Center, the American Civil Liberties Union ("ACLU"), the ACLU of Southern California, the ACLU of San Diego and Imperial Counties, and the ACLU of Northern California, will be allowed five minutes of oral argument time.

The motion is DENIED as to the second group of amici, the California Collaborative for Immigrant Justice, the Center for Gender and Refugee Studies, Immigrant Defense Advocates, and Immigrant Legal Defense.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Omar Cubillos
Deputy Clerk
Ninth Circuit Rule 27-7